■ Susan Frey, Respondent, v Mark Parsons et al., Defendants, and Western New York Annual Conference of United Methodist Church et al., Appellants. [737 NYS2d 314] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered July 21, 2000, which ordered the disclosure of certain documents.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: Defendants Western New York Annual Conference of the United Methodist Church, Reverend Bishop Hae-Jong Kim and Reverend Dr. John F. Beeson abandoned their appeal from the May 26, 1998 interlocutory order addressing the issues raised on this appeal from a subsequent order and thus this appeal must be dismissed (*see, Rubeo v National Grange Mut. Ins. Co.,* 93 NY2d 750, 754-755; *see also,*

CPLR 5501 [a] [1]). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.